# United States Court of Appeals
## For the First Circuit

No. 24-1416

NAICOM CORPORATION; D&V IP HOLDINGS, LLC; PAYLINK, LLC; KIARAS, LLC,

Plaintiffs, Appellants,

v.

DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; NAGRASTAR LLC.; BERT EICHHORN; EMILY RINKEL; JORDAN SMITH; KEVIN GEDEON; MICHAEL THOMAS JACZEWSKI, a/k/a Brian Parson; DISH NETWORK COLLABORATORS; UNITED STATES ATTORNEY FOR THE DISTRICT OF PUERTO RICO; ROSA EMILIA RODRÍGUEZ-VÉLEZ; JOSÉ CAPÓ-IRIARTE; NICHOLAS W. CANNON; FEDERAL BUREAU OF INVESTIGATION SAN JUAN FIELD IN PUERTO RICO; DOUGLAS A. LEFF; BRADLEY REX; LANCE LANGE; CLAY REHRIG; JUAN GALARZA; JASON LOPEZ; KEVIN PEARSON; UNITED STATES ATTORNEY'S OFFICE; TOLTEC INVESTIGATIONS, L.L.C.,

Defendants, Appellees,

DISH NETWORK COLLABORATORS, KEVIN REAVES, SEVERAL UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATIONS, AND JOHN DOES 1-20,

Defendants.

Before

Barron, Chief Judge,
Gelpí and Hamilton,* Circuit Judges.

**JUDGMENT**

Entered: December 2, 2025

Plaintiffs-appellants appeal from the dismissal of their claims pursuant to Fed. R. Civ. P. 12(b)(6). After de novo review of the briefs and record below, we affirm the dismissal of

* Of the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.

plaintiffs-appellants' claims for the reasons set forth in the district court's well-reasoned orders.

The judgment of the district court is affirmed. See 1st Cir. R. 27.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Rafael F. Castro Lang, Jose Luis Ramirez-Coll, Carolina V. Cabrera-Bou, Chad Hagan, Kronsky Kennon Sherer, Timothy Frank, Priscila Acevedo, Juan Carlos Reyes-Ramos, Daniel J. Aguilar