# United States Court of Appeals
## For the First Circuit

No. 24-1416

NAICOM CORPORATION; D&V IP HOLDINGS, LLC; PAYLINK, LLC; KIARAS, LLC,

Plaintiffs - Appellants,

v.

DISH NETWORK CORPORATION; DISH NETWORK L.L.C.; NAGRASTAR LLC.; BERT EICHHORN; EMILY RINKEL; JORDAN SMITH; KEVIN GEDEON; MICHAEL THOMAS JACZEWSKI, a/k/a Brian Parson; UNITED STATES ATTORNEY FOR THE DISTRICT OF PUERTO RICO; ROSA EMILIA RODRÍGUEZ-VÉLEZ; JOSÉ CAPÓ-IRIARTE; NICHOLAS W. CANNON; FEDERAL BUREAU OF INVESTIGATION SAN JUAN FIELD IN PUERTO RICO; DOUGLAS A. LEFF; BRADLEY REX; LANCE LANGE; CLAY REHRIG; JUAN GALARZA; JASON LOPEZ; KEVIN PEARSON; UNITED STATES ATTORNEY'S OFFICE; TOLTEC INVESTIGATIONS, L.L.C.,

Defendants - Appellees,

DISH NETWORK COLLABORATORS, KEVIN REAVES, SEVERAL UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATIONS, AND JOHN DOES 1-20,

Defendants.

Before

Barron, Chief Judge,
Hamilton[*] and Gelpí, Circuit Judges.

**ORDER OF COURT**

Entered: December 8, 2025

Appellants D&V IP Holdings, LLC; Paylink, LLC; Kiaras, LLC; and Naicom Corporation's motion requesting opinion affirming judgment is denied.

[*] Of the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rafael F. Castro Lang
Jose Luis Ramirez-Coll
Carolina V. Cabrera-Bou
Chad Hagan
Kronsky Kennon Sherer
Timothy Frank
Priscila Acevedo
Juan Carlos Reyes-Ramos
Daniel J. Aguilar